# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF GEORGIA

### SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 407-223 |
| | ) | |
| v. | ) | (MAGISTRATE NOS.: |
| | ) | 07-42 |
| GARRY CLIFFORD CHUPURDY, ET AL. | ) | 07-54-M |
| | ) | 07-64-M |
| | ) | 07-77M) |

## ORDER

Good cause having been shown, the government's motion to allow disclosure of documents filed under seal is hereby GRANTED.

The United States Attorney's Office is hereby granted permission to disclose the following materials during the discovery process in the case of United States v. Garry C. Chupurdy, et al., CR 407-223:

1. Application and Affidavit for Order Authorizing the Installation and Use of a Mobile Tracking Device, Magistrates's No. 07-42;

2. Warrant and Order Authorizing the Installation and Use of a Mobile Tracking Device, Magistrate's No. 07-42;

3. Return of Warrant Authorizing the Installation and Use of a Mobile Tracking Device, Magistrate's No. 07-42;

4. Application and Affidavit for Order Authorizing the Installation, Placement and Use of Mobile Tracking Devices, etc., Magistrates's No. 07-54-M;

5. Sealed Order and Warrant, Magistrate's No. 07-54-M;

6. Return of Warrant Authorizing the Installation and Use of a Mobile Tracking Devices, Magistrate's No. 07-54-M;

7. Application (for pen register), Magistrate's No. 07-64-M;

8. Order (authorizing pen register), Magistrate's No. 07-64-M;

9. Application(s) and Affidavit for Search Warrants and Motion to Seal, Magistrates's No. 07-77M;

10. Search Warrants (and returns), Magistrates's No. 07-77M.

SO ORDERED THIS 25TH DAY OF JULY 2007.

HON. G. R. SMITH
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA